IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01728-BNB

FIDEL ALBERTO ANTILLON-GARCIA,

Applicant,

v.

MICHAEL MUKASEY,
HARLEY LAPPIN, and
BLAKE DAVIES,

Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2008

GREGORY C. LANGHAM
—————————— CLERK

ORDER OF DISMISSAL

Applicant Fidel Alberto Antillon-Garcia is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution at Englewood, Colorado. Mr. Antillon-Garcia initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In an order filed on September 11, 2008, the Court denied Mr. Antillon-Garcia leave to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee within thirty days if he wished to pursue his claims in this action. Mr. Antillon-Garcia was warned that the application would be denied and the action would be dismissed without further notice if he failed to pay the filing fee within thirty days.

Mr. Antillon-Garcia has failed to pay the filing fee within the time allowed and he has failed to respond in any way to the Court's September 11 order. Therefore, the

application will be denied and the action will be dismissed without prejudice for failure to pay the filing fee. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to pay the filing fee.

DATED at Denver, Colorado, this 21 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01728-BNB

Fidel Alberto Antillon-Garcia
Reg. No. 60097-180
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/22/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk